UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE MATTER OF THE APPLICATION :
OF THE UNITED STATES OF AMERICA :
FOR AN ORDER AUTHORIZING : Misc. No. 13-177
A PEN REGISTER AND TRAP AND TRACE :
ON TELEPHONE NUMBER ▮▮▮▮▮▮ : **UNDER SEAL**

### APPLICATION FOR PEN REGISTER AND TRAP AND TRACE PURSUANT TO TITLE 18 U.S.C. SECTIONS 3122 AND 3123

The United States of America, by and through its counsel, Ronald C. Machen Jr., United States Attorney for the District of Columbia, and Mona N. Sahaf, Assistant United States Attorney, hereby applies to the Court for an order authorizing the installation and use of a pen register and trap and trace on the telephone presently assigned number ▮▮▮▮▮▮ (hereinafter "subject telephone number"), a telephone with unknown subscriber information and telephone service provided by AT&T, doing business as Ameritech-Indiana. In support of this Application, the United States certifies the following:

### PEN REGISTER AND TRAP AND TRACE

1. The Applicant is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, and therefore, pursuant to Title 18 U.S.C. Section 3122, may apply for an order authorizing the installation and use of a pen register, trap and trace, and/or a caller identification device.

2. The Applicant certifies that the Federal Bureau of Investigation is conducting a criminal investigation of the user(s) of the telephone identified above and others in connection with possible violations of federal laws, including Title 18, United States Code, Section 793. Based upon reliable information, it is believed that the user(s) of the subject telephone number, a telephone subscribed to the by CUSTOMER, utilizes the telephone in violation of Title 18, United States Code, Section 793.

3. The Applicant further certifies that the information likely to be obtained from the pen register and trap and trace device is relevant to the ongoing criminal investigation being conducted by the Agency. It is believed this information will provide the agents with investigative leads and potential evidence at trial concerning contacts made by the targets in the course of their criminal activity. The information to be obtained from the caller identification feature is geographically limited only by the technology of the service provider for the telephone, and the technology of the originating telephone number service providers, with no geographic limit for the trap and trace.

4. Pursuant to Title 18 U.S.C. Sections 3122 and 3123, the Applicant requests that the Court issue an order authorizing the installation and use of a pen register, trap and trace and caller identification device: (1) to record numbers dialed or pulsed from the subject telephone number; and (2) to capture the incoming electronic or other impulses which identify the originating number of a wire or electronic communication, and signaling and routing relating to the subject telephone number, and to record the length of time the telephone receivers in question are in use for incoming or outgoing calls, for a period of 60 days to commence upon the expiration of authority under any previous order or upon the date of this order, whichever is later.

5. The Applicant further requests that the order direct AT&T, doing business as Ameritech-Indiana (hereinafter "Service Provider"), to furnish all information, facilities and technical assistance necessary to accomplish the installation of the pen register, trap and trace and the caller identification device unobtrusively with a minimum of interference with the services that the provider accords the subscriber(s), and with compensation to be paid by the Agency for reasonable expenses incurred in providing such facilities and assistance.

6. The Applicant requests further that the Court's Order direct the Service Provider, its agents, employees and affiliates not to disclose to the subscriber, or to any other person, the existence of the requested pen register, trap and trace, or the caller identification device, or of this investigation, unless or until otherwise ordered by the Court.

7. It is further requested that the Court's Order apply not only to the telephone bearing the subject telephone number, but also to any telephone number(s) subsequently assigned to any instrument bearing the same mobile service identification number as the subject telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or any additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject telephone number within the 60 day period authorized by this Order.

8. It is further requested that the Court's Order apply to the Service Provider, and to any other communications service provider which contracts or otherwise agrees to provide telephone

3

Case 1:13-mc-00177-SAK *SEALED* Document 1 Filed 09/08/17 Page 4 of 8

service to a telephone bearing the same telephone number or mobile service identification number during the sixty day period authorized by this Order.

9. Because disclosure of this Application could jeopardize the investigation for which the authorization to install and use the pen register, trap and trace and caller identification device is sought, the Applicant further requests that this application be filed under seal, pursuant to Title 18 U.S.C. Section 3123(d)(1). The Applicant further requests that this Court's Order, and any subsequent orders, be sealed until otherwise ordered by the Court.

**WHEREFORE,** it is respectfully requested that the Court grant an order extending authorization for the installation and use of a pen register, trap and trace and caller identification device for a period of 60 days (1) to record numbers dialed or pulsed from the subject telephone number; (2) to capture the incoming electronic or other impulses which identify the originating number of a wire or electronic communication, and signaling and routing relating to the subject telephone number, and to record the length of time the telephone receivers in question are in use for incoming or outgoing calls; (3) directing the Service Provider to furnish forthwith to the Agency all information, facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively and with minimum interference to the service presently accorded persons whose dialings or pulsings are the subject of the pen register, trap and trace, and caller identification device, and (4) sealing this Application and the Court's Order.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 28th day of February, 2013

Respectfully submitted,

4

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
DC Bar No. 447889

By: _____
Mona N. Sahaf
Assistant United States Attorney
National Security Section
D.C. Bar No. 497854
555 Fourth Street NW, Room 11-842
Washington, D.C. 20530
(202) 252-7080
Mona.Sahaf@usdoj.gov